UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01234-DAD-BAM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY OF DISCOVERY AND ALL PRETRIAL DEADLINES**<br><br>(Doc. No. 27) |

On October 24, 2019, the Court entered an order granting the parties' joint motion to stay all discovery and pretrial deadlines in these proceedings and to continue the Initial Scheduling Conference to February 6, 2020, while the parties pursued settlement discussions. (Doc. No. 24.) Pending before the court is the parties' joint motion to continue the stay of all discovery and pretrial deadlines and to further continue the Initial Scheduling Conference in this case while they conduct ongoing settlement discussions. (Doc. No. 27.)

As the Court has not yet issued a Scheduling Order in this case, no pretrial deadlines have been set. Additionally, it appears the parties have not yet engaged in a conference pursuant to Federal Rule of Civil Procedure 26(f) and discovery is therefore not yet open. *See* Fed. R. Civ. P. 26(d). Accordingly, it appears that the "joint motion" is properly characterized solely as a stipulation to continue the Initial Scheduling Conference.

Nonetheless, based upon the agreement of the parties and for cause appearing, the Court

1

1 | hereby GRANTS the parties' motion.  (Doc. No. 27).  The Initial Scheduling Conference
2 | currently set for February 6, 2020 is continued to **April 30, 2020 at 09:00 AM in Courtroom 8**
3 | **(BAM) before Magistrate Judge Barbara A. McAuliffe**.  A Joint Scheduling Conference
4 | Report, carefully prepared and executed by all counsel, shall be electronically filed in full
5 | compliance with the requirements set forth in the Order Setting Mandatory Scheduling
6 | Conference (Doc. No. 22) at least one (1) full week prior to the Scheduling Conference.  A copy
7 | shall also be e-mailed, in Word format, to bamorders@caed.uscourts.gov.  The parties may
8 | appear at the conference by telephone with each party using the following dial-in number and
9 | access code: *dial-in number 1-877-411-9748; access code 3219139.*  If the parties file a notice of
10 | settlement prior to the conference, then the conference will be vacated.  However, if the parties
11 | are unable to reach a settlement, then the conference will proceed.

IT IS SO ORDERED.

Dated:   **January 16, 2020**               /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE